UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **REGINALD JACOBS, SR. individually** : | |
| **And on behalf of the ESTATE OF** : | |
| **REGINALD JACOBS, JR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Civil Action No.:** _____ |
| v. : | |
| : | |
| **GEORGIA DEPARTMENT OF** : | |
| **CORRECTIONS; TREVONZA** : | |
| **BOBBITT; TRACEY SCOTT;** : | |
| **JENNIFER CRAFT; JERRY** : | |
| **JEFFERSON; DELVIN PEOPLES;** : | |
| **DAWN HUDSON; JAMES HALL;** : | |
| **MARTIN JONES; MARTIN JONES;** : | |
| **WILLIE JACKSON; MIRANDA** : | |
| **FOOTMAN-MCINTYRE;  DAMITA** : | |
| **THOMAS; KELLY COOPER;** : | |
| **BECKY WEATHERSBY; TONY** : | |
| **WARD; SHANDORIA GEORGE;** : | |
| **MEGAN WILLIAMS; DERRICAL** : | |
| **BELL; STACY RANDLE; MAYLSIA** : | |
| **TELFAIR; BARBARA WILLIAMS;** : | |
| **QUANTAYSHIA ALLEN; CURTIS** : | |
| **MARNER; SYMONE ALEXANDER;** : | |
| **NICHOLAS BROWN; JAMECIA** : | |
| **MIKE; SHIQUITA BROWN;** : | |
| **KAJUAN ROBINSON; ANGELA** : | |
| **SPANN; QUASHAYLA JONES:** : | |
| **RANDALL MADISON; GWENDOLYN** : | |
| **SPENCER and DOE DEFENDANTS 1** : | |
| **THROUGH 20,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF REMOVAL

Defendant Gwendolyn Spencer, through counsel, and with the consent of all other named Defendants, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446.  Defendant

Spencer appears specially to file this notice subject to and without waiving any defenses available under state and federal law, and in support shows the following:

1. On November 12, 2024, Reginald Jacobs Sr. filed a civil action in the State Court of Muscogee County, Georgia, styled *Reginald Jacobs Sr. individually and on behalf of the estate of Reginald Jacobs Jr. v. The Georgia Department of Corrections, [et al.]*, Civil Action File No. SC2024CV002716 (the Action). Attached as Exhibit A is a copy of all process, pleadings, and orders served on Defendants and filed in the Action.

2. The Action, in part, seeks money damages under 42 U.S.C. § 1983 and the Eighth and Fourteenth Amendments for alleged violations of rights under the United States Constitution related to the Plaintiff's deceased son's incarceration at Calhoun State Prison.

3. The Action is a civil rights case and presents a federal question over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and questions of state law over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4. The Action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

5. Defendant Gwendolyn Spencer, through counsel, waived service of Plaintiff's First Amended Complaint on February 27, 2025.

6. All other Defendants have been served with a copy of the summons and original Complaint.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days from receipt by Defendant Spencer of a copy of the summons and complaint.

WHEREFORE, Defendant Spencer moves that this Notice of Removal be filed, that the Action be removed to and proceed in this Court, and that no further proceedings be had in the Action in the State Court of Muscogee County, Georgia.

Respectfully submitted this 26th day of March 2025,

|  |  |  |
|---|---|---|
|  | Christopher M. Carr<br>Attorney General | 112505 |
| PLEASE ADDRESS ALL<br>COMMUNICATIONS TO:<br>Kevin L. Whitmore<br>Georgia Department of Law<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334-1300<br>Tel: (404) 301-8526<br>Fax: (404) 651-5304<br>Email: kwhitmore@law.ga.gov | Loretta L. Pinkston-Pope<br>Deputy Attorney General | 580385 |
|  | Ronald S. Boyter, Jr.<br>Senior Assistant Attorney General | 073553 |
|  | */s/Kevin L. Whitmore*<br>Kevin L. Whitmore<br>Assistant Attorney General<br>*Attorneys for Defendants* | 410762 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that on the same date, I served Plaintiff at the following address by U.S. mail, first class postage prepaid:

Eric S. Fredrickson
Matthew S. Harman
3957 Roswell Road NE
Atlanta, Georgia 30342
efredrickson@harmanlaw.com
mharman@harmanlaw.com

/s/Kevin L. Whitmore
Kevin L. Whitmore
Georgia Bar No. 410762

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 301-8526
Fax: (404) 651-5304
Email: kwhitmore@law.ga.gov